

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00438-CV

**IN RE** Luis and Olga **ORTIZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: October 28, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On September 8, 2020, relators filed a petition for writ of mandamus and a motion for emergency temporary relief. On September 15, 2020, this court requested responses from respondent and the real parties in interest, stayed all underlying proceedings, and ordered the return of the child to relators. The respondent and the parents both filed responses.

After considering the petition, the responses, and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The portion of this court's September 15, 2020 order staying all underlying proceedings is lifted. The portion of this court's September 15, 2020 order directing

---

[1] This proceeding arises out of Cause No. 2020-0099-CI, styled *Ex parte J.E.N., a Child*, pending in the 63rd Judicial District Court, Val Verde County, Texas. The Honorable Enrique Fernandez signed the order at issue in this original proceeding.

the return of the child to relators remains in place pending further orders of the trial court in the underlying proceedings.

PER CURIAM